UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| HARRY DANIELS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 6:12-cv-114 |
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) ) | |
| Defendant. | ) ) ) | |

## ORDER

Before the Court are Defendant's Motion to Dismiss and to Strike Plaintiff's Jury Demand, ECF No. 6; and Plaintiff's response, which the Court construes as a motion to amend. ECF No. 7. Defendant originally moved this Court to dismiss Plaintiff's claims as preempted by the Employee Retirement Income Security Act ("ERISA"). ECF No. 6 at 2. Plaintiff now agrees that this action is governed by ERISA. ECF No. 7 at 1. In lieu of dismissing the complaint, Plaintiff requests leave to amend his complaint to include claims under ERISA and to strike his jury demand. *Id.* at 1-3. Defendant has notified the Court of its consent to amendment. ECF No. 8 at 1. Given Defendant's consent, the Court *GRANTS* Plaintiff leave to amend his complaint. *See* FED. R. CIV. P. 15(a)(2). Defendant's motion to dismiss is *DISMISSED* as moot.

The 25 day of February, 2013

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA