UNITED STATES OF DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| HARRY DANIELS | ) | |
| | ) | Case No. 6:12-CV-0114-BAE-GRS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| METROPOLITAN LIFE | ) | |
| INSURANCE COMPNAY, | ) | |
| GEORGIA PACIFIC LIFE | ) | |
| CHOICES BENEFITS PROGRAM | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff, Harry Daniels and the Defendant, Metropolitan Life Insurance Company hereby voluntarily dismiss the Complaint and Answer filed in the above referenced action with prejudice. *So Ordered.*

This 25 day of July, 2013

Judge B. Avant Edenfield